NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASHBURN BYWATERS, CARL LANCASTER, BETTY L. HOHENBERGER, ORMAN RODERICK, JUNE RODERICK, AND NAN O. BEELER,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1032

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 99-CV-0451, Judge Leonard Davis.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

The appellants move for leave to exceed the word limitation and file a reply brief containing up to 10,000 words. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.  The appellants' reply brief, not to exceed 7,000 words, is due within 14 days of the date of filing of this order.

FOR THE COURT

__JUL 1 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cecilia Fex, Esq.
     Ellen J. Durkee, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2011

JAN HORBALY
CLERK